584 A.2d 229
STATE OF NEW JERSEY v. WALTER HAMMARY, JR.

May 30, 1990.

Petition for certification denied.

584 A.2d 229
STATE OF NEW JERSEY v. ORLANDO FIGUEROA.

May 30, 1990.

Petition for certification denied.

584 A.2d 229
STATE OF NEW JERSEY v. ROBERT SWIONTAK.

May 30, 1990.

Petition for certification denied.

584 A.2d 229
STATE OF NEW JERSEY v. DAVID FLETCHER.

May 30, 1990.

Petition for certification denied.

584 A.2d 229
STATE OF NEW JERSEY v. LOUIS K. WATSON.

May 30, 1990.

Petition for certification denied.